UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS CHICORIKAS,

               Plaintiff,

              -against-

RUSSELL VOUGHT,

               Defendant.

26-CV-4572 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00 in fees—a $350.00 filing fee and a $55.00 administrative fee—within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

SO ORDERED.

Dated:    June 5, 2026
          New York, New York

                         /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                     Chief United States District Judge