USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

NICHOLAS CHICORIKAS,

Plaintiff,

-against-

RUSSELL VOUGHT,

Defendant.

---------------------------------------------------------------X

1:26-cv-4572-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated June 22, 2026, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than August 21, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's June 22, 2026 order forthwith and in any event no later than August 26, 2026. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: August 22, 2026
New York, New York

GREGORY H. WOODS
United States District Judge