USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS CHICORIKAS,

Plaintiff,

-v-

MARK PAOLETTA, *Acting Director, Consumer Financial Protection Bureau*,

Defendant.

1:26cv-4572-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As stated on the record during the August 28, 2026 conference, the Court grants Defendant leave to file a motion to dismiss. The deadline for Defendant to file and serve its motion to dismiss is September 28, 2026. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of Plaintiff's opposition. Should Mr. Chicorikas fail to file a timely opposition, the Court will resolve the motion in the ordinary course without the benefit of his views. Discovery in this matter is stayed pending the briefing and resolution of Defendant's anticipated motion to dismiss.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to conform the caption of the case to the caption of this order and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: August 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge